UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIO CAVIN,

    Plaintiff,

v.

    Case No. 1:18-cv-1354

    HONORABLE PAUL L. MALONEY

LESLIE BRYANT and UNKNOWN MORENO,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants filed a motion for partial summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 26, 2019, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 20) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Partial Summary Judgment (ECF No. 14) is GRANTED.

**IT IS FURTHER ORDERED** that all of Plaintiff's claims, except his retaliation claim against Defendant Moreno, are DISMISSED WITHOUT PREJUDICE.

Dated: July 25, 2019                                                        /s/ Paul L. Maloney
                                                                                     Paul L. Maloney
                                                                                     United States District Judge